IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JIMMY WEATHERLY, #586417 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-06-192 |
| | § | |
| NATHANIEL WADE, ET AL. | § | |

## PARTIAL ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, entered on May 10, 2007, to which no objections have been filed.

Upon appropriate review pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C.§ 636(b)(1)(C), the Court is satisfied that there is no clear error on the face of the record in these proceedings. Accordingly, the Report and Recommendation is **ACCEPTED** in its entirety and incorporated herein by reference.

It is hereby **ORDERED** that Defendants Scott and Guyton are **DISMISSED** from this cause. This matter is **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** at Galveston, Texas, this the 11th day of June, 2007.

_____
Samuel B. Kent
United States District Judge