UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JIMMY WEATHERLY, }<br>TDCJ-CID NO.586417, }<br>    Plaintiff, }<br>VS. }<br> }<br>NATHANIEL L WADE, *et al*, }<br> }<br>    Defendants. } | CIVIL ACTION NO. G-06-192 |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas, this 2nd day of March, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE